```
JAMES PATTON
Attorney at Law
209 South Livingston Ave., Suite 9
Livingston, New Jersey 07039
(973) 992-3500
Attorney for Defendant Andre Blackman
```

|  |  |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | DISTRICT OF NEW JERSEY |
| UNITED STATES OF AMERICA : | Criminal No. 07-894 |
| : | |
| : | Hon. Dennis Cavanaugh |
| v. : | |
| : | ORDER PURSUANT TO THE CRIMINAL |
| : | JUSTICE ACT AUTHORIZING DEFENSE |
| : | COUNSEL TO RETAIN STRIKE FORCE |
| ANDRE BLACKMAN : | INVESTIGATIONS |

This matter having been opened to the Court upon the ex parte application of James Patton, attorney for Andre Blackman, for an order pursuant to the Criminal Justice Act to retain the private investigation firm of Strike Force Investigations, and the Court having reviewed the certification of counsel and for good cause shown,

It is on this 6 day of Jan, 2009, ORDERED that the defense is authorized to engage the firm of Strike Force Investigations, which will be paid pursuant to the Criminal Justice Act by the Court at an hourly rate of $125;

It is further ordered that the maximum total compensation authorized for Strike Force Investigations is $5,000.00 unless that amount is increased pursuant to a further order of the court; and

_____
Hon. Dennis Cavanaugh