NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | Hon. Dennis M. Cavanaugh |
| Plaintiff, : | |
| v. : | **ORDER** |
| ANDRE BLACKMAN, : | Crim. No. 07-894 (DMC) |
| Defendant. : | |

DENNIS M. CAVANAUGH, U.S.D.J.:

This matter comes before the Court upon motions by Defendant Andre Blackman to vacate the jury's guilty verdict and enter a judgment of acquittal pursuant to Fed. R. Crim. P. 29, or alternatively, to vacate the jury's verdict and order a new trial pursuant to Fed. R. Crim. P. 33. After hearing oral argument and reviewing all submissions, and for the reasons stated on the record by this Court on October 5, 2009;

IT IS on this 6th day of October, 2009;

**ORDERED** that Defendant's motions are **denied**.

_____
Dennis M. Cavanaugh, U.S.D.J.

Original:   Clerk
cc:         All Counsel of Record
            Hon. Mark Falk, U.S.M.J.
            File